**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, U.S. Secretary of the Interior, *et al.*,<br><br>               Defendants. | Case No. 22-cv-1740 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment, ECF 28, is **DENIED**, and Defendants' cross motion for summary judgment, ECF 30, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: August 12, 2024

1